Thank you. Well... New York was a wonderful city. The north, New York, central, those industrial projects that They helped our economy, They have provided this sort of rich and fertile and rich and wealthy to many various countries in the West, and join with us. They complemented us and that is a big advancement for the world in terms of higher education, higher mental health That is quite to a large extent an invention in the world and they have empowered us to do things together we have got good spell makers I am what it seems to be that all SPONIs in the world  through financial and economic think tanks through everything to give them an education they have to have education this energy this is it and this energy I tell them  I want's to reinforce it within me that we are  to see the other side of the equation  ги dialogue there's going to be for those of us that have freedom to express their miracles they have been we have to live we have to unlock our overall  strategy for our well being and to  the energy that exists  wherever there wherever we are everywhere we must remain to raise all the conditions for our well being and to educate our citizens in an efficient manner to understand these conditions          in a way that they can live in a way that they can live in a way that they are   live in a  that they can live in a way that they are able to live in a way that they  live in a way that they can   a way that they can live in a way that they can live in a way that they can live in a way  they can live in a way that they can live in  way that they can live in an ordinary way that they can live in an ordinary way that they can live in an ordinary way that they can live in any way that they can live in an ordinary way that they can live in an ordinary way that they can live in an ordinary way that they can do well in that way in that way in that way in that way  that  In life form it could be from a complete existence without even uncertainty or grassroot guilt of me done in the  of a       grassroot guilt of me done in that way in that way in that way in that way in that way in that  in that way in that way in I in that way in that way in that way in that way in that way in that way in that way in that   that way in that way in that way in that way in that way in that way in that way in  way    in that    in  way in that way  that way in in in that way in citation in that way in in that way in that way in that way in that way  that way in that words words words  words words words ha ha ha ha have have have have have have have of of of of have have have have of